| County Court, Denver County, Colorado<br>1437 Bannock Street, Room 135<br>Denver, Colorado 80202, 720-865-7840 | FILED IN THE COUNTY COURT<br>CITY & COUNTY OF DENVER, COLO<br><br>OCT 15 2021 |
|---|---|
| Plaintiff(s):   Maysi Yoder<br><br>v.<br><br>Defendant(s):   Samaritan House | ▲CLERK OF COURT▲<br>▲COURT USE ONLY▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Maysi Yoder<br>P.O. Box 40208<br>Denver, Co<br>80204 | Case Number:   21C00935 |
| Phone Number:          E-mail:<br>FAX Number:          Atty. Reg. #: | Division Cuml   Courtroom   175 |

### COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE

1.   _Samaritan House_____, defendant(s), is (are) resident(s) of _Denver_____County, with a post office address of _2301 LAWRENCE_ Street, City _Denver____, State of _Colorado_____.

2.   The amount claimed herein does not exceed the jurisdiction of the court.

   **OR**

3.   The amount claimed from _Samaritan House_____, defendant(s), is/are _$25,000_____ dollars and _00_ cents ($_25,000.__), together with proper interest, costs and any other items allocable by statute or specific agreement.

   _____
   _____

4.   Such claim arises from the following event(s) or transaction(s):
   _Housing Discrimination_
   _American Disabilities Act Discrimination_
   _Amendment XIV-Section 1 Constitution of the United States Violated_
   _Violated Colorado Civil Rights_

5.   The Defendant(s) ☐is (are) ☐is not (are not)   in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts:  (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)
   _MILITARY STATUS OF DEFENDANTS ARE NOT KNOWN._
   _____

6.   The Plaintiff(s) ☐does (do) ☒does (do) not demand trial by jury (if demand is made, a jury fee must be paid).

**WARNING:  ALL FEES ARE NON-REFUNDABLE.  IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note:  All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

_Maysi Yoder_____          _N/A_____
Signature of Plaintiff(s)          Signature of Attorney for Plaintiff(s) (if applicable)

_P.O. Box 40208 Denver, CO 80204_
Address(es) of Plaintiff(s)

Telephone Number(s) of Plaintiff(s) _None_____

**EXHIBIT**

**A**

Case - 21C00935

Written Complaint   10/15/2021

Marji Yoder vs Samaritan House
            2301 Lawrence St.
            Denver, CO 80205

On September 27, 2021 the Samaritan House called
the police (see attached 'street' check report) and had
me relocated to their 48th ave Shelter. I had been
working with case manager 'Madi', and was part of
their 24 hour shelter, eligible for housing, employment.
By relocating me I was denied access to my case
manager Madi. I was assigned a new case
manager Joseph at the 48th ave shelter. Joseph absolutely
refused to accomodate my basic need of ileostomy
bags, special diet to avoid blockages, clothes. Refused to
even meet with me. When the seal on my ileostomy
bag broke (medical device failure - NOT an emergency), the
staff was advised to call an ambulance, and told
the paramedics and hospital staff I was not allowed to
come back. I asked the staff if I could have a
'depends' to control the leaking and possibly some tape
to try and seal the leak up. I was refused even this
simple accomodation because the items were stored
in their 'locked cage commissary' store and there
were only certain hours it was open. There is
much documentation in my case file with Madi
regarding concerns of blatant discrimination. Because

I am homeless, I have no money to make you copies. I have a complete file of all letters, documents, emails that I will bring with me on the set court date for your review if needed. The following are a partial list of my civil rights violated:

- Housing Discrimination Law and Litigation (Thomas Reuters) 7/2021
  Chapter 20 - 3617 Threats section 20:3
- American Disabilities Act
- Amendment XIV - Section 1 'The Constitution of the United States'
- Colorado Civil Rights:
  Refused Religious Accommodation
  Refused Disability Accommodation
  Retaliation
  Denied Equal Terms and Conditions
  Harassment by Supervisor
  Denied Services
  Aiding or abetting housing discrimination
  Failure to permit reasonable modification for disability.
  Denied fair terms and conditions
  Otherwise made housing unavailable

FILED IN THE COUNTY COURT
CITY & COUNTY OF DENVER, COLO

OCT 1 5 2021

CLERK OF COURT



# DENVER POLICE DEPARTMENT
## STREET CHECK / FIELD
## INTERVIEW HARDCOPY
### SC# 2021-42740

# Table of Contents

Related Event SC# 2021-42740 ................................................................................ 1

Related Person(s) ................................................................................................ 1

   1. SUBJECT # 1 - YODER, MAYSI ...................................................................................... 1

Related Business(es) ........................................................................................... 2

   1. PREMISE # 1 - SAMARITAN HOUSE .............................................................................. 2

Related Narrative(s) ............................................................................................. 3

   1. MAIN, GLENN J. (P18079), INITIAL REPORT/NARRATIVE ........................................... 3

# DENVER POLICE DEPARTMENT
## STREET CHECK / FIELD INTERVIEW HARDCOPY

**SC# 2021-42740**

## General Information

|  |  |
|---|---|
| **Interview Date** | SEP-27-2021  (MON.) 1946 |
| **Address** | 2301 LAWRENCE ST |
| **Municipality** | DENVER |
| **County** | DENVER |
| **District** 6 **Beat** 612 | |
| **External Information** | NOTEBOOK TRANSCRIPTION |
| **Checked By** | P18079 - MAIN, GLENN J. |
| **Reason For Check** | DISTURBANCE |
| **Type Of Street Check** | OTHER |

**Org Unit**  DISTRICT 6

## Related Person(s)

### 1.  SUBJECT # 1 - YODER, MAYSI

#### CASE SPECIFIC INFORMATION

|  |  |
|---|---|
| **Sex** | FEMALE |
| **Race** | WHITE |
| **Date Of Birth** | ███████ |
| **Address** | 4330 E 48TH AVE |
| **Municipality** | DENVER |
| **State** | COLORADO |
| **ZIP Code** | 80216 |
| **District** 2 **Beat** 221 | |

#### PERSON PARTICULARS

**Ethnicity**  NON-HISPANIC

#### MASTER NAME INDEX REFERENCE

|  |  |
|---|---|
| **Name** | YODER , MAYSI |
| **Sex** | FEMALE |
| **Race** | WHITE |
| **Date Of Birth** | ███████ |
| **Ethnicity** | NON-HISPANIC |
| **Address** | 4330 E 48TH AVE |
| **Municipality** | DENVER |
| **State** | COLORADO |
| **County** | DENVER |
| **ZIP Code** | 80216 |
| **District** 2 **Beat** 221 | |



# DENVER POLICE DEPARTMENT
## STREET CHECK / FIELD INTERVIEW HARDCOPY

**SC# 2021-42740**

## LINKAGE FACTORS

**Resident Status**  RESIDENT
**Age Range**  50-64 YEARS

## Related Business(es)

### 1.  PREMISE # 1 - SAMARITAN HOUSE

**Address**  2301 LAWRENCE ST
**Municipality**  DENVER
**State**  COLORADO
**ZIP Code**  80205
**District** 6 **Beat** 612
**Phone Number**  (303) 294-0241
**Type**  SHELTER

## PARTICULARS

**Security**  YES

| | Contact Name | Affiliation | Phone Numbers |
|---|---|---|---|
| Contact # 1 | JESSICA GONZALEZ | CASE WORKER | (303) 294-0241 |



# DENVER POLICE DEPARTMENT

## STREET CHECK / FIELD INTERVIEW HARDCOPY

SC# 2021-42740

## Narrative Text

**Type** INITIAL REPORT/NARRATIVE
**Subject**
**Author** P18079 - MAIN, GLENN J.
**Related Date** Sep-27-2021

BWC activated

On the listed date and time Maysi, Yoder ▮▮▮▮▮▮ was at the Samaritan House Shelter located at 2301 Lawrence St. Maysi was refusing to put a mask on when staff was asking her. Staff stated that they would press charges on Maysi for trespass if she would not leave at this point in time. Maysi has been refusing to abided by the rules at the location, and staff wanted her to leave. Officers advised Maysi that at this point, she had to leave or she would be arrested.

I transported Maysi to the Samaritan house shelter located at 4330 E 48th ave.



# DENVER POLICE DEPARTMENT

### STREET CHECK / FIELD INTERVIEW HARDCOPY

**SC# 2021-42740**

**\*\*\* END OF HARDCOPY \*\*\***