IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 1:21-cv-02899-RM-NYW

MAYSI YODER,

    Plaintiff,

v.

SAMARITAN HOUSE,

    Defendant.

## ORDER

This matter is before the Court on the recommendation of United States Magistrate Judge Nina Y. Wang (ECF No. 31) to dismiss this case without prejudice for failure to prosecute, failure to follow Local Rules, and failure to comply with court orders. *See* Fed. R. Civ. P. 16(f); Fed R. Civ. P. 37(b)(2)(A)(v); Fed. R. Civ. P. 41(b); D.C.COLO.LCivR 41.1. The Court accepts and adopts the recommendation, which is incorporated into this order by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

After filing this lawsuit in October 2021, Plaintiff failed to file a Consent Form by the court-ordered deadline and did not appear for a telephonic status conference in December. She also failed to respond to the magistrate judge's order to show cause (ECF No. 24) why this case should not be dismissed for her failure to comply with court orders, her failure to appear for the Status Conference, and for her failure to prosecute this case. In addition, at least seven pieces of legal mail sent to Plaintiff were returned as undeliverable. (ECF Nos. 26, 27, 28, 29, 30, 33, and 34.)

The Magistrate Judge therefore recommended that this case be dismissed without prejudice. The recommendation informed Plaintiff that specific written objections were due within fourteen days of being served with a copy of the recommendation. Plaintiff did not object, and the time to do so has expired.

"In the absence of a timely objection, the district court may review a magistrate judge's report under any standard it deems appropriate." *Summers v. State of Utah*, 927 F.3d 1165, 1167 (10th Cir. 1991). The Court concludes that the magistrate judge's analysis was thorough and sound and discerns no clear error on the face of the record.

Accordingly, the Court ACCEPTS and ADOPTS the Recommendation (ECF No. 31) and this case is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to CLOSE this case.

DATED this 21st day of January, 2022.

BY THE COURT:

/s/ Raymond P. Moore

RAYMOND P. MOORE
United States District Judge