## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02899-RM-NYW

MAYSI YODER,

Plaintiff,

v.

SAMARITAN HOUSE,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order entered on January 21, 2022, by Judge Raymond P. Moore, it is

    ORDERED that judgment is entered in favor of the defendant Samaritan House and against the plaintiff Maysi Yoder.   It is

    FURTHER ORDERED that this case is dismissed without prejudice for the plaintiff's failure to prosecute, failure to comply with court orders, and failure to appear for the Status Conference.   It is

    FURTHER ORDERED that this case is closed.

    Dated at Denver, Colorado, this 21st day of January, 2022.

                                                FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

                                        By:   s/C. Pearson
                                                    Deputy Clerk